United States Bankruptcy Court

Middle District of Florida

In re:  Case No. 21-02169-KSJ
Robert G. Taylor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: hjeff      Page 1 of 2
Date Rcvd: May 12, 2021      Form ID: 309A      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert G. Taylor, 278 Old Mill Circle, Kissimmee, FL 34746-6071 |
| 29515801 | | 1st Ave Investments LLC, c/o Sanford J. Germaine, Esq., Phoenix, AZ 85018 |
| 29515800 | + | 1st Ave Investments LLC, 2064 N 80th Place, Mesa, AZ 85207-2155 |
| 29515805 | + | BMO Harris, Po Box 6201, Carol Stream, IL 60197-6201 |
| 29515806 | | BMO Harris Bank NA, PO Box 94934, Palatine, IL 60069 |
| 29515810 | + | Cotton Heritage DBA, 6393 E. Washington Blvd., Los Angeles, CA 90040-1817 |
| 29515811 | + | Credit Card/Fb&T, 2220 6th St, Brookings, SD 57006-2403 |
| 29515812 | | Disney Vacation Club, 28397 Network Place, Chicago, IL 60673-1283 |
| 29515813 | + | Gilbert Accounting CO, 745 North Gilbert Rd. 124-221, Gilbert, AZ 85234-1804 |
| 29515815 | + | Hana (Roochi Traders INC), 1201 Broadway, Ste 803, New York, NY 10001-5656 |
| 29515816 | + | Kabbage c/o Celtic Bank, 925B Peachtree St. NE, Ste. 1688, Atlanta, GA 30309-3918 |
| 29515819 | + | MJ Apparels Active Wear, 1552 South Anaheim Blvd #C, Anaheim, CA 92805-6219 |
| 29515817 | + | Melinda S. Taylor, 278 Old Mill Cir,, Kissimmee, FL 34746-6071 |
| 29515818 | | Mercury Credit Card, PO Box 70168, Philadelphia, PA 19176-0168 |
| 29515820 | + | Penny Mac, 6101 CONDOR DRIVE, Moor Park, CA 93021-2602 |
| 29515822 | + | Safety-Kleen, 1651 North Glenville Drive, Suite 210, Richardson, TX 75081-1956 |
| 29515823 | + | Sanmar Corp, 22833 SE Black Nugget Road, Suite 130, Issaquah, WA 98029-3621 |
| 29515824 | + | The Cit Group Commercial Services INC, 301 S Tryon St, Charlotte, NC 28282-1915 |
| 29515808 | + | c/o Sanford Germaine, Esq., 4634 North 44th Street, Phoenix, AZ 85018-3833 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: my@melissayoungman.com | May 12 2021 21:16:00 | Melissa A Youngman, Melissa A Youngman, PA, 1705 Edgewater Drive, #541507, Orlando, FL 32854 |
| tr | + | EDI: QMEHENKEL.COM | May 13 2021 01:08:00 | Marie E. Henkel, 3560 South Magnolia Avenue, Orlando, FL 32806-6214 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | May 12 2021 21:17:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 29515804 | | Email/Text: andy.shaw@bluevine.com | May 12 2021 21:17:00 | Bluevine Capital Inc., 401 Warren St., Ste. 300, Redwood City, CA 94063 |
| 29515802 | + | Email/Text: mprice@magesandprice.com | May 12 2021 21:18:00 | Beacon Funding Corp., c/o MAGES & PRICE LLC, 1110 LAKE COOK#385, Buffalo Grove, IL 60089-1992 |
| 29515803 | + | Email/Text: wmagner@beaconfunding.com | May 12 2021 21:17:00 | Beacon Funding Corporation, 3400 Dundee Rd, Suite 180, Northbrook, IL 60062-2367 |
| 29515809 | | EDI: CAPITALONE.COM | May 13 2021 01:08:00 | Capital One Credit Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 29515798 | | EDI: FLDEPREV.COM | May 13 2021 00:58:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |

| District/off: 113A-6 | User: hjeff | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 309A | Total Noticed: 31 |

| 29515799 | EDI: IRS.COM | May 13 2021 01:08:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29515797 | + Email/Text: Bankruptcy@octaxcol.com | May 12 2021 21:17:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 29515821 | + Email/Text: bankruptcy@prosper.com | May 12 2021 21:18:00 | Prosper Marketplace LLC, 221 Main St., Ste. 300, San Francisco, CA 94105-1909 |
| 29515826 | EDI: VERIZONCOMB.COM | May 13 2021 00:58:00 | Verizon Wireless, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29515807 | | Buckets of Ink, 1715 W 4th St, |
| 29515814 | | Gregory A Robinson PC, 6040 North Seventh Street, Ste. 300 |
| 29515825 | | USBANK Equipment Finance, 13010 Southwest 68th Parkway |
| 29515827 | | White Water LLC, 301 S 29th St |
| 29515828 | | Zuni Sportswear INC |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie E. Henkel | mehenkel@yahoo.com  mhenkel@ecf.axosfs.com |
| Melissa A Youngman | on behalf of Debtor Robert G. Taylor my@melissayoungman.com  melissa-youngman-1235@ecf.pacerpro.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert G. Taylor** | Social Security number or ITIN  **xxx–xx–5512** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter  **7**   **5/11/21** |
| Case number: | **6:21–bk–02169–KSJ** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert G. Taylor | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 278 Old Mill Circle<br>Kissimmee, FL 34746 | |
| 4. | **Debtor's attorney**<br>Name and address | Melissa A Youngman<br>Melissa A Youngman, PA<br>1705 Edgewater Drive, #541507<br>Orlando, FL 32854 | Contact phone 407–374–1372<br><br>Email: my@melissayoungman.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806 | Contact phone 407–438–6738 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                         page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse  400 West Washington Street.  Suite 5100  Orlando, FL 32801 | Hours open:  Monday – Friday 8:30 AM – 4:00PM  Contact phone 407–237–8000  Date: May 12, 2021 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **June 22, 2021 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**  Trustee: Marie E. Henkel  Call in number: 866–910–5128  Passcode: 6217671 |
| \*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. \*\*\* | | |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** August 23, 2021 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page **2**